| | |
|---|---|
| LAURIE A. TRAKTMAN (SBN 165588)<br>email: lat@gslaw.org<br>**GILBERT & SACKMAN**<br>A LAW CORPORATION<br>3699 Wilshire Boulevard, Suite 1200<br>Los Angeles, California 90010<br>Tel: (323) 938-3000<br>Fax: (323) 937-9139<br><br>*Attorneys for Plaintiffs* | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>ARRAY BUILDERS, INC.; REZA HEDAYAT; and HENGAMEH HAGHI HEDAYAT, individuals,<br><br>Defendants. | Case No. 2:09-cv-08972-SVW-PJW<br><br>**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**<br><br>Hon. Stephen V. Wilson<br>Location: Courtroom 10A |

NOW, upon application of plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee; Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan; Board of Trustees of the Southern California Sheet Metal Workers' 401(A) Plan; Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off Fund; and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles, (collectively the "Trust Funds" or "Plans"), and upon declaration that judgment debtors, ARRAY BUILDERS, INC.; REZA HEDAYAT; and HENGAMEH HAGHI HEDAYAT, individuals, jointly and severally ("Defendants") have failed to pay the total amount of said judgment; and that Defendants are indebted to the Plans.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Defendants jointly and severally, be renewed in the amount of $71,535.56, which is broken down as follows:

| | | |
|---|---|---|
| a. | Principal: | $87,054.79 |
| b. | Liquidated Damages: | $17,410.96 |
| c. | Judgment interest: | $8,705.48 |
| d. | Attorneys Fees: | $10,000.00 |
| e. | Costs: | $500.00 |
| | Subtotal (Judgment as entered): | $123,671.23 |
| f. | Less credits after judgment: | $87,054.79 |
| g. | Post-Judgment Interest calculated at 10% per annum per the Order on Stipulation entered on January 20, 2010 at paragraph 2, computed from January 20, 2010 to August 1, 2019 at $10.04 per day: | |
| | | $34,949.24 |

///
///

**GRAND TOTAL:** $71,535.56

**IT IS SO ORDERED.**

Dated: ___August 9, 2019___   ___*Margo Mead*___
                              Clerk of Court

| | |
|---|---|
| 1  LAURIE A. TRAKTMAN (SBN 165588)<br>email: lat@gslaw.org<br>2  **GILBERT & SACKMAN**<br>A LAW CORPORATION<br>3  3699 Wilshire Boulevard, Suite 1200<br>Los Angeles, California 90010<br>4  Tel: (323) 938-3000<br>Fax: (323) 937-9139<br>5<br>6  *Attorneys for Plaintiffs* | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>ARRAY BUILDERS, INC.; REZA HEDAYAT; and HENGAMEH HAGHI HEDAYAT, individuals,<br><br>Defendants. | Case No. 2:09-cv-08972-SVW-PJW<br><br>**PROOF OF SERVICE OF [PROPOSED] RENEWAL OF JUDGMENT BY CLERK**<br><br>Hon. Stephen V. Wilson<br>Location:    Courtroom 10A |

---

1

PROOF OF SERVICE OF [PROPOSED] RENEWAL OF JUDGMENT BY CLERK

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3699 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010.

On August 8, 2019, I served the foregoing documents described as: **PROOF OF [PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Array Builders, Inc.<br>Reza Hedayat, and<br>Hengameh Haghi Hedayat<br>1037 Parkview Drive, Suite B,<br>Covina, CA 91724 | Reza Hedayat<br>19876 E. Lorencita Drive<br>Covina, CA 91724 |
| Reza Hedayat<br>5700 Park Drive, Unit 4201<br>Chino Hills, CA 91709 | Hengameh Haghi Hedayat<br>4201 W. Rochelle Ave, Apt. 2134<br>Las Vegas, NV 89103 |
| Array Builders, Inc.<br>Reza Hedayat, and<br>Hengameh Haghi Hedayat<br>216 S. Citrus St., Box 3<br>West Covina, CA 91797 | |

**[X]  BY MAIL:** I enclosed the documents in a sealed envelope or package addressed to the address above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on, August 8, 2019 at Los Angeles, California

_____
Marisa Tijerina

2
PROOF OF SERVICE OF [PROPOSED] RENEWAL OF JUDGMENT BY CLERK